UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Case No. 18-18989-PGH

ABDALHADI ALHALABI

Chapter 7

Debtor.
_____/

**TRUSTEE'S *EX PARTE* MOTION TO EXTEND SETTLEMENT COMPLIANCE DEADLINES BY 90 DAYS DUE TO COVID-19 EMERGENCY**

Trustee, Sonya S. Slott ("Trustee"), by and through undersigned counsel, hereby moves this Court *ex parte* to enter an order extending each and all settlement payment deadlines imposed by prior order of this Court and in support thereof states as follows:

1. Various orders and directives of Broward County, the State of Florida and the United States of America have established that a state of emergency currently exists regarding the COVID-19 virus, and various administrative orders of this Court have acknowledged the same.

2. This state of emergency, and the remedial actions taken in response thereto, have impaired the ability of some parties to time comply with settlement payment obligations previously approved by this Court.

3. Specifically, in this case, this Court entered ECF #54 ("Settlement Order") approving a settlement between the (i)Trustee and (ii) the Debtor ("Settling Parties") which imposed certain settlement payment obligations upon the Settling Parties ("Payment Deadlines").

4. Upon due investigation, it is the business judgment of the Trustee that under the current state of emergency that each and every Payment Deadline imposed by the Settlement Order should be extended by ninety (90) days. The Settling Parties have concurred in this requested relief.

5. The relief request is without prejudice to the Trustee or Settling Party/Parties seeking such further relief as may be justified upon the facts of this case.

6. Section 105 of Title 11, United States Code ("Bankruptcy Code"), authorizes this Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." The Trustee is unaware of any provision of the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure which prohibit the relief requested herein. To the contrary, both FRBP 9006 (b)(1) and 9024 (as it incorporates Federal Rule of Civil Procedure 60(b)(6)) would appear to fully authorize such relief.

WHEREFORE, for the reasons stated hereinabove, the Trustee moves this Court *ex parte* to extend each and every Payment Deadline under the Settlement Order by ninety (90) days, and for any other attendant relief that may be appropriate and just.

By: /s/ Mark Bonacquisti, Esq.
Mark Bonacquisti, Esq.
FLBN 0703257

The Salkin Law Firm
PO Box 15580
Plantation, FL 33318
954-423-4469
mark@msbankrupt.com